# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

United States of America,

        Plaintiff,

v.

Charles Joseph Caya,

        Defendant.

Criminal No. 15-107 (DSD/HB)

**ORDER ON REPORT AND RECOMMENDATION**

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

    **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **ADOPTED**; and

2. Defendant's Motion to Suppress Evidence Obtained as a Result of Search and Seizure [Doc. No. 19] is **DENIED**.

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  June 25, 2015

        s/David S. Doty
        David S. Doty, Judge
        United States District Court